## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| In re: | Chapter 7 |
| FIRST CONNECTICUT CONSULTING GROUP, INC., *et al.* | Case No. 02-50852 (AHWS) (Jointly Administered) |
| Debtors. | |
| COAN, TRUSTEE, *et al.*, | Adversary Proceeding No. 10-05010 |
| Plaintiffs, | |
| V. | |
| ARENT FOX, PLLC, *et al.*, | |
| Defendants. | |

### **CERTIFICATION**

I hereby certify that a copy of the foregoing Motion for Admission of Visiting Attorney was served as follows:

VIA ELECTRONIC MAIL ON OCTOBER 1, 2010:

George M. Cameron on Behalf of Ronald Chorches
George.cameron@ymail.com

Douglas S. Heffer on behalf of Arent Fox, PLLC
dheffer@foley.com

James G. Verrillo on behalf of Buchanan Ingersoll & Rooney, PC
jverrillo@zeislaw.com

Peter N. Wang on behalf of Arent Fox, PLLC
Pwant@foley.com

Robert A. White on behalf of Arent Fox, PLLC
rwhite@murthalaw.com

/s/ Timothy D. Miltenberger
Timothy D. Miltenberger (ct08874)
Coan, Lewendon, Gulliver & Miltenberger
495 Orange St.
New Haven, CT 06511
(203) 624-4756
(203) 865-3673 Facsimile
Tmiltenberger@coanlewendon.com