UNITED STATES BANKRTUPCY COURT
FOR THE DISTRICT OF CONNECTICUT
(Bridgeport Division)

| | |
|---|---|
| In re:<br><br>FIRST CONNECTICUT CONSULTING GROUP, INC.<br><br>Debtor | Chapter 7<br><br>Case No. 02-50852 (AHWS) |
| RICHARD M. COAN, TRUSTEE,<br>RONALD I. CHORCHES, TRUSTEE<br><br>Plaintiffs<br><br>v.<br><br>ARENT FOX, PLLC, et al<br><br>Defendants | Adv. No. 10-05010<br><br><br><br><br><br><br>DATE: October 8, 2010 |

## STIPULATION ON CONSENT

Pursuant to Fed. R. Bankr. Proc. 7015(d), Buchanan Ingersoll & Rooney PC ("BIR"), the Defendant in the above-entitled action, Arent Fox, PLLC, also a Defendant in the above-entitled action, and counsel for the Plaintiffs, Richard M. Coan, Trustee and Ronald I. Chorches, Trustee, stipulate to the following:

    1.    On or about August 30, 2010, the Defendant, BIR, filed its Motion for Leave to File Supplemental Brief in Further Support of Defendant Buchanan Ingersoll & Rooney PC's

Motion to Dismiss (hereinafter the "Motion"). Along with said Motion was an accompanying Supplemental Brief.

2. Previously, this Court had stayed all proceedings by order in open court dated August 11, 2010.

3. Subsequent to filing the Motion, the Defendant, Arent Fox, PLLC ("Arent") filed its joinder, as appears of record, joining the Motion hereinabove described.

4. After discussions with counsel for the Plaintiffs, Plaintiffs consented to the request for leave to file a supplemental brief as set forth in the Motion, and Arent's joinder in that request. The Plaintiffs requested 30 days to respond to the Motion to Dismiss, as supplemented, after the stay noted in paragraph 2 is lifted.

5. The Defendants have agreed to allowing such period of time as requested by the Plaintiffs, and submit that the Motion and the accompanying joinder should, in fact, be granted by agreement.

WHEREFORE, the parties request that this Court enter a "So Ordered" with respect to the Motion, the requested period for a response to the Supplemental Brief, and this stipulation.

PLAINTIFFS,
RICHARD M. COAN, TRUSTEE,
RONALD I. CHORCHES, TRUSTEE

By Timothy D. Miltenberger, Their Attorney

DEFENDANT, ARENT FOX, PLLC

By Robert White, Its Attorney

THE DEFENDANT,
BUCHANAN INGERSOLL & ROONEY, PC

By James G. Verrillo, Its Attorney

DEFENDANT, ARENT FOX, PLLC

_____
By Robert White, Its Attorney

THE DEFENDANT,
BUCHANAN INGERSOLL & ROONEY, PC

_____
By James G. Verrillo, Its Attorney